UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANE ANTHONY BROWNING,

        Petitioner,        Case Number: 2:10-CV-13818

v.        HON. GERALD E. ROSEN

PAUL D. KLEE,

        Respondent.
        _____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated March 22, 2013, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 22nd day of March, 2013.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:   s/Julie Owens

APPROVED:

s/Gerald E. Rosen
GERALD E. ROSEN
CHIEF UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2013, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5135